**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL MCKENZIE,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:23-cv-2999** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **CITY OF COLUMBUS,** | : | **Magistrate Judge Elizabeth Preston Deavers** |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

Based on the representation to the Court by Counsel that the parties to this lawsuit have resolved their dispute, the parties agree that the Plaintiff will provide a draft settlement agreement to Defendant by November 7, and the Defendant will return any edits to that draft by November 14. Based on Defendant's representation that any signed settlement agreement will require the approval of both the Columbus City Council and the Mayor of Columbus, this Court **ORDERS** that Defendant undertake best efforts to complete any such required approval process by **<u>December 15, 2025</u>**. This Court **FURTHER ORDERS** that a Dismissal Order dismissing this case with prejudice shall be filed not later than **<u>December 22, 2025</u>**.

This matter is now terminated by settlement and shall be considered, pursuant to Fed. R. Civ. P. 41, dismissed without prejudice as to all claims, until the parties file the above-referenced Dismissal Order dismissing this matter with prejudice, unless the case is reopened for good cause shown upon proper motion of one or more parties to this action. The Court will retain continuing jurisdiction over the settlement agreement.

The Court hereby directs the U.S. District Court Clerk to serve upon all parties notice of this judgment and its date of Order upon the journal.

**IT IS SO ORDERED.**

**JUDGE ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**DATED:  November 3, 2025**